1  John Robert Unruh (Bar No. 254662)
   john@jru-law.com
2  UNRUH LAW, P.C.
   100 Pine Street, Suite 1250
3  San Francisco, California 94111
   Telephone:  (415) 335-6417
4  Facsimile:  (415) 360-5917

5  Attorneys for Plaintiff
   HOLLY FAULTNER
6
   Jason A. James (Bar No. 265129)
7  jjames@mmhllp.com
   Charles K. Chineduh (Bar No. 273258)
8  cchineduh@mmhllp.com
   MESERVE, MUMPER & HUGHES LLP
9  1000 Wilshire Boulevard, Suite 1860
   Los Angeles, California 90017-2457
10 Telephone:  (213) 620-0300
   Facsimile:  (213) 625-1930
11
   Attorneys for Defendant
12 THE PRUDENTIAL INSURANCE COMPANY OF
   AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY FAULTNER, | Case No. 5:20-cv-08161-JD |
| Plaintiff, | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE;** |
| vs. | ~~[PROPOSED]~~ **ORDER** |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and DOES 1-10, | |
| Defendants. | |

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

177837.1

1

Case No. 5:20-cv-08161-JD
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; ~~[PROPOSED]~~ ORDER

IT IS HEREBY STIPULATED, by and between Plaintiff HOLLY FAULTNER and Defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, by and through their respective attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear her or its own attorneys' fees and costs.

The parties further stipulate all dates be vacated and taken off the Court's calendar.

The parties seek the Court's approval of the dismissal of the action with prejudice.

**IT IS SO STIPULATED.**

Dated: November 18, 2021  UNRUH LAW, P.C.
John Robert Unruh

By: _/s/ John Robert Unruh_
John Robert Unruh
Attorneys for Plaintiff
HOLLY FAULTNER

Dated: November 18, 2021  MESERVE, MUMPER & HUGHES LLP
Jason A. James
Charles K. Chineduh

By: _/s/ Charles K. Chineduh_
Charles K. Chineduh
Attorneys for Defendant
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

**FILER'S ATTESTATION**

The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

177837.1

2

Case No. 5:20-cv-08161-JD
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; [PROPOSED] ORDER

## **ORDER**

Based upon the Stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case 5:20-cv-08161-JD, is dismissed in its entirety as to all defendants with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear her or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: November 29, 2021

_____
Hon. James Donato
United States District Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

177837.1

3

Case No. 5:20-cv-08161-JD
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; [PROPOSED] ORDER